UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOUIS CAMEJO RODRIGUEZ,<br><br>              Plaintiff,<br><br>  vs.<br><br>UNITED STATES BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, et al.,<br><br>              Defendants. | NO. CV-05-160-EFS<br><br>ORDER DENYING MOTION TO VACATE PLEA OF GUILTY, VACATE SENTENCE, AND DISMISS ENTIRED [sic] CASE OR DEFENDANT DEMANDS A SPEEDY TRIAL |

BEFORE THE COURT is Plaintiff Louis Camejo Rodriguez's "Motion to Vacate Plea of Guilty, Vacate Sentence, and Dismiss the Entired [sic] Case or Defendant Demands a Speedy Trial" (Ct. Rec. 44), heard without oral argument on the date signed below. This court has no jurisdiction over Plaintiff's federal conviction and sentence in Florida. Furthermore, it appears from the record such claims were dismissed in the Southern District of Florida prior to transferring this case here. Accordingly, **IT IS ORDERED** the Motion (Ct. Rec. 44) is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this _____8th_____ day of August 2005.

                                        S/ Edward F. Shea
                                          EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

Q:\Civil\2005\0160.DENMTN.wpd

ORDER DENYING MOTION -- 1