UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOUIS CAMEJO RODRIGUEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, et al.,<br><br>        Defendants. | NO.  CV-05-160-EFS<br><br>ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DENYING PENDING MOTIONS AS MOOT |

By Order filed July 25, 2005 (Ct. Rec. 48), the Court reserved ruling on Mr. Rodriguez's request to proceed *in forma pauperis* and directed him to file an amended complaint within sixty (60) days, stating his claims regarding the conditions of his confinement at the Airway Heights Correction.[1]  This Court cannot proceed with an action under 42 U.S.C. § 1983, unless the Plaintiff presents a complaint identifying Defendants in the Eastern District of Washington and

---

[1] This action was transferred from the Southern District of Florida, after that court dismissed Mr. Rodriguez's habeas claims regarding his federal conviction and sentence in Florida. *See* Ct. Rec. 15, entered March 31, 2005, cause number 05-CV-20307-KING.

ORDER DENYING REQUEST TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

stating how they violated his constitutionally protected rights. Plaintiff has not presented an amended complaint as directed.

Rather than comply with the court's directive, Plaintiff presented several motions for injunctive relief as well as copies of ex parte documents he has sent to other courts.[2] The Court cannot consider motions in the absence of a legally sufficient complaint. *See generally* FED. R. CIV. P. 3 and the notes following the rule.

Plaintiff was cautioned that failure to file an amended complaint would result in dismissal of this action. Plaintiff has presented no facts demonstrating named Defendants located in the Eastern District of Washington violated his constitutional rights. He fails to present a short and plain statement as required by Fed. R. Civ. P. 8(a)(2). Therefore, the Court cannot proceed with a cause of action under 42 U.S.C. § 1983 at this time.

Accordingly, **IT IS ORDERED** Plaintiff's request to proceed *in forma pauperis* under 28 U.S.C. § 1915 is **DENIED** and the complaint is **DISMISSED without prejudice** to Plaintiff filing a new and separate action. **IT IS FURTHER ORDERED** all pending motions in this action are **DENIED as moot.**

---

[2] On September 30, 2005, the Court received letters from Plaintiff containing grievances and other documents in excess of 143 pages. On October 3 and 5, 2005, the Court received additional packets of documents consisting of 25 pages and 17 pages respectively. None of these documents complies with the directive to file an amended complaint.

ORDER DENYING REQUEST TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.

**DATED** this ___18th___ day of October 2005.

                        S/ Edward F. Shea
                         EDWARD F. SHEA
               UNITED STATES DISTRICT JUDGE

Q:\Civil\2005\0160.dismiss.prose.complaint.wpd

ORDER DENYING REQUEST TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 3